[No. 47608-4-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ANFERNY SMITH, ET AL., *Defendants*, JAMES ALFRED CHATMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06508-2, Helen Halpert, J., entered October 23, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47620-3-I.   Division One.   March 4, 2002.]

*In the Matter of the Personal Restraint of* RICKY B. MOORE, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.

[No. 47726-9-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08810-3, Nicole MacInnes, J., entered November 17, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47792-7-I.   Division One.   March 4, 2002.]

SALVADOR A. CORONA, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-22143-6, Larry A. Jordan, J., entered December 1, 2000. *Affirmed* by unpublished per curiam opinion. Now published at 111 Wn. App. 1.